IH-32 Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

CHARLES DUMON, Individually and On Behalf of All Others Similarly Situated,

| Plaintiff | Case Number |
|---|---|
| vs. | |
| CNOVA N.V., VITOR FAGÁ DE ALMEIDA, GERMÁN QUIROGA, EMMANUEL GRENIER, JEAN- CHARLES NAOURI, LÍBANO MIRANDA BARROSO, ELEAZAR DE CARVALHO FILHO, DIDIER LÉVÊQUE, RONALDO IABRUDI DOS SANTOS, PEREIRA, ARNAUD STRASSER, FERNANDO TRACANELLA, NICOLAS WOUSSEN, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., BNP PARIBAS SECURITIES CORP., HSBC SECURITIES (USA) INC., NATIXIS SECURITIES AMERICAS LLC, and SG AMERICAS SECURITIES, LLC, | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

WILLIAM J. STEVENSON, Individually and On Behalf of All Others Similarly Situated,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:16-cv-00444-LTS |
| CNOVA N.V., VITOR FAGÁ DEALMEIDA, GERMÁN QUIROGA, EMMANUEL GRENIER, JEANCHARLES NAOURI, LÍBANOMIRANDA BARROSO, ELEAZAR DECARVALHO FILHO, DIDIER LÉVÊQUE, RONALDO IABRUDI DOS SANTOS PEREIRA, ARNAUD STRASSERFERNANDO TRACANELLA, NICOLAS WOUSSEN, MORGAN STANLEY & CO.LLC, J.P. MORGAN SECURITIES LLC,MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, CREDITSUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., BNP PARIBAS SECURITIES CORP., HSBC SECURITIES (USA) INC., NATIXIS SECURITIES AMERICAS LLC, and SG AMERICAS SECURITIES, LLC | |
| Defendant | |

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open    (If so, set forth procedural status and summarize any court rulings.)

Complaint filed on 1/20/16, summons issued, Magistrate Judge Debra C. Freeman assigned, Case designated ECF.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both cases allege similar facts and federal securities fraud claims against the same or similar defendants, thus cases are related.

Signature: /s/Jeremy A. Lieberman                    Date: 1/22/16

Firm: Pomerantz LLP