UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

IN RE CNOVA N.V. SECURITIES
LITIGATION

This Document Relates To: All Actions                    No.  16 CV 444-LTS

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-22-2017

## ORDER

In view of today's filing of motions for preliminary approval of a proposed settlement, certification of a class for purposes of settlement, approval of notice to the class, and scheduling of a final approval hearing, the status conference originally scheduled for September 25, 2017 is hereby adjourned to **October 6, 2017 at 11:00 a.m.**

SO ORDERED.

Dated: New York, New York
       September 22, 2017

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge